

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff,* | |
| v. | Case No. **CR 19-065-RAW** |
| ETHAN COLE ENDRES, | |
| *Defendant.* | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### FELON IN POSSESSION OF FIREARM
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

On or about April 11, 2019, in the Eastern District of Oklahoma, the defendant, **ETHAN COLE ENDRES**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of said conviction, did knowingly possess in and affecting commerce, a firearm, to wit: one (1) Ruger, Model 10/22, .22 caliber semi-automatic rifle, serial number 118-17229, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

TRUE BILL:

BRIAN J. KUESTER
United States Attorney

/s/ Gregory Dean Burris
GREGORY DEAN BURRIS, OBA # 16995
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

1